**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Pacific Environmental Technologies, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 33-0341675 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **300 E. Live Oak Street, Suite 1B**<br>**San Gabriel, CA 91776**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | Location of principal assets, if different from principal place of business<br>**135 Enterprise Ct. Corona, CA 92882-7124**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.peticleanair.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **Pacific Environmental Technologies, Inc.**                                    Case number (*if known*) _____
         Name

---

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____

District _____   When _____   Case number _____

---

Debtor    **Pacific Environmental Technologies, Inc.**                                  Case number (*if known*) _____
    Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | _____ | Relationship _____ |
| District | _____ When _____ | Case number, if known _____ |

**11.  Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

    ■   **Statistical and administrative information**

**13.  Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Pacific Environmental Technologies, Inc.**                                    Case number (*if known*) _____
          Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **Pacific Environmental Technologies, Inc.**                                    Case number (*if known*) _____
          Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07 / 28 / 2021
             MM / DD / YYYY

X _____            Jon Wayne Gow
  Signature of authorized representative of debtor            Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

X _____  Date 07 / 28 / 2021
  Signature of attorney for debtor              MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 271-6223**    Email address   **michael.berger@bankruptcypower.com**

**100291 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Pacific Environmental Technologies, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    7/28/2021        X _____
                                    Signature of individual signing on behalf of debtor

                                **Jon Wayne Gow**
                                Printed name

                                **Chief Executive Officer**
                                Position or relationship to debtor

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy



Fill in this information to identify the case:

| Debtor name | Pacific Environmental Technologies, Inc. |
|---|---|
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Air Cleaning Specialists, Inc. 11088 Gravois Industrail Court Saint Louis, MO 63128 | | Vendor | | | | $21,607.00 |
| Alliance Management Services c/o Jimmy Allums 42105 Paseo Brillante Temecula, CA 92591 | | Services | | | | $55,000.00 |
| Arbon Equipment Corporation c/o Kohner, Mann & Kailas, S.C. Attn: Darrell R. Zall 4650 N. Port Washington Road Milwaukee, WI 53212-1059 | | Lawsuit for Breach of Contract | Contingent Unliquidated Disputed | | | $103,484.50 |
| Cross River Bank 885 Teaneck Rd. Teaneck, NJ 07666 | | Paycheck Protection Program Loan | Contingent | | | $150,000.00 |
| Employee Development Department Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA 94280-0001 | | estimated unpaid payroll tax for the 4th quarter of 2020 - 2nd quarter of 2021 | Contingent Unliquidated | | | $27,565.06 |
| FCP, Inc. PO Box 1555 Wildomar, CA 92595 | | Vendor | | | | $59,357.67 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor **Pacific Environmental Technologies, Inc.**                Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Forward Financing LLC 100 Summer Street, Suite 1175 Boston, MA 02110 | | Factoring company | | $146,995.46 | $0.00 | $146,995.46 |
| FSMC 750 S. Lincoln Avenue, Unit 402 Corona, CA 92882 | | Loan; FSMC is partially owned by Debtor's principal | | | | $60,000.00 |
| Greenworx 7035 Snowburst Court Corona, CA 92880 | | loan | | | | $43,000.00 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | estimated unpaid taxes 3rd and 4th of 2020 and 1st and 2nd of 2021 | Contingent Unliquidated | | | $210,758.21 |
| Intuit Financing Inc. 2700 Coast Avenue Mountain View, CA 94043 | | Paycheck Protection Program Loan | Contingent | | | $356,637.00 |
| Lawrence W. Rosine Corp 4601 LittleJohn St. Baldwin Park, CA 91706 | | Subcontractor | | | | $115,466.84 |
| Pacific West Interiors c/o Law Office Richard I. Gonzalez 1425 West Lugonia Avenue, Suite 203 Redlands, CA 92374 | | collections for the services performed for project titled Westfall Technik, AMA Plastics Riv. 300 row. Mechanic's lien recorded on June 24, 2021 | Contingent Unliquidated Disputed | | | $56,050.00 |
| Preferred Insulation Contractors 1691 Jenks Dr. Corona, CA 92880 | | Subcontractor | | | | $37,122.00 |
| So Cal Filters & Services Inc. Attn: David McKinney 7315 Adams St. Paramount, CA 90723 | | Vendor | | | | $67,336.63 |

Debtor    **Pacific Environmental Technologies, Inc.**
_____    Case number *(if known)*    _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Strukturoc, Inc. c/o Law Offices of Gary A. Bemis 3870 La Sierra Avenue, Suite 239 Riverside, CA 92505 | | Vendor | | | | $30,659.41 |
| TechCoat Contractors Inc. 15720 Garfield Ave Paramount, CA 90723 | | Subcontractor | | | | $19,233.60 |
| Trane U.S., Inc. c/o Gaba Guerrini Law Corporation Attn: Rodolfo Gaba, Jr. 8583 Irvine Center Drive, Suite 500 Irvine, CA 92618-4298 | | Pending lawsuit for open book account | Contingent Unliquidated Disputed | | | $32,545.00 |
| U.S. Small Business Admininstration Office of General Counsel 312 North Spring Street, 5th Floor Los Angeles, CA 90012 | | Blanket lien | | $150,000.00 | $0.00 | $150,000.00 |
| Wells Fargo Bank PO Box 29482 Phoenix, AZ 85038-8650 | | Line of Credit | | | | $75,907.00 |

# United States Bankruptcy Court
## Central District of California

In re    **Pacific Environmental Technologies, Inc.**

                                                    Case No.
                            Debtor(s)               Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jon Wayne Gow**<br>**300 E. Live Oak St. Suite 1B**<br>**San Gabriel, CA 91776** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Jon Wayne Gow, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    7/28/2021                    Signature

                                     Jon Wayne Gow

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.



## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Beverly Hills** _____ , California.

Date:   _7/28/2021_____

Jon Wayne Gow
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name      **Pacific Environmental Technologies, Inc.**

United States Bankruptcy Court for the:      CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................    $      63,571.20

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................    $      63,571.20

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*..................................    $      317,642.55

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................    $      253,602.84

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........    +$      1,813,556.93

4.   **Total liabilities** ..................................................................................
    Lines 2 + 3a + 3b    $      2,384,802.32

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Pacific Environmental Technologies, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank** | **Old General Checking** | 4970 | $419.70 |
| 3.2. | **Wells Fargo Bank** | **New General Checking** | 1326 | $0.00 |
| 3.3. | **Wells Fargo Bank** | **Job Account** | 1334 | $1,092.63 |
| 3.4. | **Wells Fargo Bank** | **Greenworx account** | 8597 | $0.00 |
| 3.5. | **Wells Fargo Bank** | **Payroll account** | 5035 | $944.87 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$2,457.20

### Part 2:  Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Pacific Environmental Technologies, Inc.**    Case number *(if known)* _____
　　　　　Name

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
　　　Description, including name of holder of deposit

7.1.    **Security deposit with the landlord** _____    **$6,264.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
　　　Description, including name of holder of prepayment

9.    **Total of Part 2.**    |    **$6,264.00**
　　　Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **estimated at $99,000**    -    **Unknown**    = ....    **Unknown**
　　　　　　　　　　　　　　face amount　　　　　　　　　doubtful or uncollectible accounts

12.    **Total of Part 3.**    |    **$0.00**
　　　Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** **Inventory/materials for pending projects** | | **$0.00** | | **$20,000.00** |

20.    **Work in progress**

| Debtor | **Pacific Environmental Technologies, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **Debtor currently has 14 works in progress.  The accounts receivable from these projects, once completed, is estimated at $268,365.37. The percentage that Debtor will be able to collect is unknown at this time.** | **$0.00** | **Unknown** |

21.  **Finished goods, including goods held for resale**

22.  **Other inventory or supplies**

23.  **Total of Part 5.**         **$20,000.00**
      Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
      ☑ No
      ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☑ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** <br> **Office Furniture: desks, work stations, 15 computers, filing cabinets, tables, phones, shelves.** | **$0.00** | | **$5,000.00** |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    **Pacific Environmental Technologies, Inc.**                              Case number *(If known)* _____
            Name

| 43. | **Total of Part 7.** | | | $5,000.00 |
|---|---|---|---|---|

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2017 Honda Pilot (financed). Monthly payments are $647.58. Contract end date is June 13, 2022.** | $0.00 | | $15,000.00 |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Scissor lift ($5000), Milling Machine ($2500), Drill Press ($250), Racks ($5,000), and miscellaneous handtools ($500), welding machine ( $500). and other miscellaneous tools ($1,000)** | $0.00 | | $14,750.00 |

| 51. | **Total of Part 8.** | | | $29,750.00 |
|---|---|---|---|---|

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

Enterprise 135, LLC
Lease agreement.

Debtor    **Pacific Environmental Technologies, Inc.**    Case number (If known) _____
<u>    Name</u>

---

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **Seller's permit # 99-137102** **Contractor's license #599654** **Business license #03910087** **Websites: www.Peticleanair.com;** **www.Cleanroomspeti.com; and** **www.Thesoftwallshop.com** | $0.00 | | $0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                          $0.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

Current value of debtor's interest

| | |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| **NOL**    Tax year 2018-2019 | **Unknown** |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **Pacific Environmental Technologies, Inc.**    Case number *(If known)* _____
         Name

73.    Interests in insurance policies or annuities

74.    Causes of action against third parties (whether or not a lawsuit
       has been filed)

75.    Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims

76.    Trusts, equitable or future interests in property

77.    Other property of any kind not already listed *Examples:* Season tickets,
       country club membership

       **Company T-Shirts**                                                                    **$100.00**

78.    **Total of Part 11.**                                                            | **$100.00** |
       Add lines 71 through 77. Copy the total to line 90.

79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?
       ☑ No
       ☐ Yes

Debtor    **Pacific Environmental Technologies, Inc.**                    Case number *(if known)* _____
          Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,457.20 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,264.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $29,750.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $100.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $63,571.20 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $63,571.20 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Pacific Environmental Technologies, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A** Amount of claim | **Column B** Value of collateral that supports this claim |
|---|---|---|
| | Do not deduct the value of collateral. | |

**2.1  Blue Vine**
Creditor's Name

**c/o First Corporate Solutions, Inc.**
**914 S. Street**
**Sacramento, CA 95814**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**07/25/2019**
Last 4 digits of account number **0002**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Debtor paid in full; included as a precaution since UCC has not been terminated**

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Column A: **$0.00**    Column B: **$0.00**

---

**2.2  Citibank, N.A.**
Creditor's Name

**388 Greenwich Street, 10th Floor**
**New York, NY 10013**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**07/12/2016**
Last 4 digits of account number **0002**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**All rights, title and interest of Debtor to all accounts and all other forms of obligations owing to Supplier by GKN Industries Limited**

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$0.00**    Column B: **$0.00**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **Pacific Environmental Technologies, Inc.**    Case number (if known) _____
　　　　　Name

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.3 | **Employment Development Department** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**Bankruptcy Group MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280**
Creditor's mailing address

**Lien upon real or personal property and
rights to such property; paid; included as a
precaution and for notification purposes**

Describe the lien
**State Tax Lien**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**04/23/2021**
Last 4 digits of account number
**0323**
Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.4 | **Employment Development Department** | Describe debtor's property that is subject to a lien | $12,418.96 | $0.00 |

Creditor's Name

**Bankruptcy Group MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280**
Creditor's mailing address

**Lien upon real or personal property and
rights to such property**

Describe the lien
**State Tax Lien**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**4th quarter of 2020**
Last 4 digits of account number
**8627**
Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.5 | **Forward Financing LLC** | Describe debtor's property that is subject to a lien | $146,995.46 | $0.00 |

Creditor's Name

**100 Summer Street, Suite
1175**
**Boston, MA 02110**
Creditor's mailing address

**Factoring company**

Describe the lien
**Future Receipts of Sale Agreement**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 4

Debtor    **Pacific Environmental Technologies, Inc.**
　　　　　Name　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case number (if known) _____

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

Date debt was incurred

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**7/21/2021**

Last 4 digits of account number

**0823**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **TD Auto Finance** | Describe debtor's property that is subject to a lien | $8,228.13 | $15,000.00 |
|-----|---------------------|-----------------------------------------------------|-----------|------------|

Creditor's Name

**2017 Honda Pilot (financed). Monthly
payments are $647.58. Contract end date is
June 13, 2022.**

**Mailstop ME2-074-017
6 Atlantis Way
Lewiston, ME 04240**
Creditor's mailing address

Describe the lien

**Auto Loan**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**5819**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $150,000.00 | $0.00 |
|-----|----------------------------------------|-----------------------------------------------------|-------------|-------|

Creditor's Name

**Blanket lien**

**Office of General Counsel
312 North Spring Street,
5th Floor
Los Angeles, CA 90012**
Creditor's mailing address

Describe the lien

**SBA Loan**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**07/17/2020**

Last 4 digits of account number

**8007**

Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Debtor    **Pacific Environmental Technologies, Inc.**                    Case number (if known) _____
        Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$317,642.55** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Celtic Bank Corporation**<br>**Bluevine Capital Inc, its Servicer**<br>**401 Warren Street, Suite 300**<br>**Redwood City, CA 94063** | Line **2.1** | |
| **U.S. Small Business Administration**<br>**El Paso Loan Service Center**<br>**10737 Gateway West, Ste. 300**<br>**El Paso, TX 79935** | Line **2.7** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Pacific Environmental Technologies, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Braulio Corro**<br>**640 Emerald Avenue**<br>**El Cajon, CA 92020** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,071.63** | **$1,071.63** |
| Date or dates debt was incurred<br>**07/19/2021 -7/28/2021** | Basis for the claim:<br>**estimated pre-petition gross wages** | | |
| Last 4 digits of account number **n/a**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| **2.2** Priority creditor's name and mailing address<br>**California Department of Tax and**<br>**Fee Administration**<br>**P O Box 942879**<br>**Sacramento, CA 94279** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$125.94** | **$125.94** |
| Date or dates debt was incurred<br>**2021** | Basis for the claim:<br>**estimated sales tax for the 2nd quarter of 2021** | | |
| Last 4 digits of account number **1675**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Pacific Environmental Technologies, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $555.27 | $555.27 |
|---|---|---|---|---|

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|
| 2.3 | **Christopher H. Pittman**<br>**2138 Russell Drive**<br>**Corona, CA 92882** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**07/19/2021 -7/28/2021** | Basis for the claim:<br>**estimated pre-petition gross wages** |
| | Last 4 digits of account number **n/a**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

**$555.27        $555.27**

---

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|
| 2.4 | **Employee Development**<br>**Department**<br>**Bankruptcy Group MIC 92E**<br>**PO Box 826880**<br>**Sacramento, CA 94280-0001** | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**2020 - 2021** | Basis for the claim:<br>**estimated unpaid payroll tax for the 4th quarter**<br>**of 2020 - 2nd quarter of 2021** |
| | Last 4 digits of account number **9566**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

**$27,565.06        $27,565.06**

---

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|
| 2.5 | **Franchise Tax Board**<br>**Bankruptcy Section, MS: A-340**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952** | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**n/a** | Basis for the claim:<br>**estimated unpaid taxes** |
| | Last 4 digits of account number **1675**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

**$4,000.00        $0.00**

---

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|
| 2.6 | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred<br>**3rd Q of 2020 - 2nd Q of 2021** | Basis for the claim:<br>**estimated unpaid taxes 3rd and 4th of 2020 and**<br>**1st and 2nd of 2021** |
| | Last 4 digits of account number **1675**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

**$210,758.21        $0.00**

---

| Debtor | **Pacific Environmental Technologies, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,076.80 | $3,076.80 |
|---|---|---|---|---|

**Jon Gow**
**300 Live Oak Street, 1B**
**San Gabriel, CA 91776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/19/2021 -7/28/2021**

Basis for the claim:
**estimated pre-petition gross wages; insider**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,688.58 | $1,688.58 |
|---|---|---|---|---|

**Karl Fessenmeyer**
**2026 San Diego Drive**
**Corona, CA 92882**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/19/2021 -7/28/2021**

Basis for the claim:
**estimated pre-petition gross wages**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,957.05 | $1,957.05 |
|---|---|---|---|---|

**Ricardo Diaz**
**359 West 9th Street**
**Perris, CA 92570**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/19/2021 -7/28/2021**

Basis for the claim:
**estimated pre-petition gross wages**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,170.03 | $1,170.03 |
|---|---|---|---|---|

**Sergio Gutierrez**
**1453 North Filmore Avenue**
**Rialto, CA 92376**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/19/2021 -7/28/2021**

Basis for the claim:
**estimated pre-petition gross wages**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Pacific Environmental Technologies, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,634.27 | $1,634.27 |
|---|---|---|---|---|

**Victor Camarillo**
**1222 West D Street**
**Ontario, CA 91762**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**07/19/2021 -7/28/2021**

Basis for the claim:
**estimated pre-petition gross wages**

Last 4 digits of account number **n/a**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $14,095.16 |
|---|---|---|---|

**Accurate Industrial Construction**
**1140 N. Van Horne Way**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/8/2021**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0156**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $1,982.63 |
|---|---|---|---|

**Accurate Measurement System**
**Attn: James Leigh**
**33159 Camino Capistrano Ste. E**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **0135**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **2021**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $19,018.00 |
|---|---|---|---|

**Acousticworks Inc.**
**PO Box 460896**
**Escondido, CA 92046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/22/2019**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0693**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $10,186.00 |
|---|---|---|---|

**ADL Painting & Wall Covering**
**1549 Yorba St.**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/12/2021**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **063**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $3,022.94 |
|---|---|---|---|

**Advance Cleanroom Microclean**
**3250 S. Susan St., Ste A**
**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/31/2019**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0714**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Pacific Environmental Technologies, Inc.**                                    Case number (if known) _____
_____Name_____

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,802.00 |
|---|---|---|---|

**Affordable Hollow Metal**
10096 6th St. Unit G
Rancho Cucamonga, CA 91730

Date(s) debt was incurred __11/24/2020__
Last 4 digits of account number __0211__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,607.00 |
|---|---|---|---|

**Air Cleaning Specialists, Inc.**
11088 Gravois Industrail Court
Saint Louis, MO 63128

Date(s) debt was incurred __12/10/2020__
Last 4 digits of account number __0216__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $802.24 |
|---|---|---|---|

**Air Product Sales, Inc.**
PO Box 734188
Dallas, TX 75373

Date(s) debt was incurred __3/31/2021__
Last 4 digits of account number __0075__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $660.44 |
|---|---|---|---|

**Airgas West**
PO Box 7423
Pasadena, CA 91109

Date(s) debt was incurred __7/17/2020__
Last 4 digits of account number __0332__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,191.56 |
|---|---|---|---|

**Airshower & Pass Thrus Unlimited**
PO Box 427
Rancho Cucamonga, CA 91729

Date(s) debt was incurred __6/11/2021__
Last 4 digits of account number __0003__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,000.00 |
|---|---|---|---|

**Alliance Management Services**
c/o Jimmy Allums
42105 Paseo Brillante
Temecula, CA 92591

Date(s) debt was incurred __1/15/2021__
Last 4 digits of account number __0180__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,596.07 |
|---|---|---|---|

**Allied Electronics**
7151 Jack Newall Bvd. St. 50
Fort Worth, TX 76118

Date(s) debt was incurred __3/17/2021__
Last 4 digits of account number __0119__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pacific Environmental Technologies, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | $4,635.00 |
|---|---|---|---|
| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
| | **American Security Group**<br>**980 Park Center Dr. #J**<br>**Vista, CA 92081** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _10/28/2020_ | Basis for the claim:  _Vendor_ | |
| | Last 4 digits of account number _0259_ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | $960.00 |
|---|---|---|---|
| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
| | **American Sheet Metal**<br>**1430 N. Daly St.**<br>**Anaheim, CA 92806** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _12/7/2020_ | Basis for the claim:  _Vendor_ | |
| | Last 4 digits of account number _0219_ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | $103,484.50 |
|---|---|---|---|
| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
| | **Arbon Equipment Corporation**<br>**c/o Kohner, Mann & Kailas, S.C.**<br>**Attn: Darrell R. Zall**<br>**4650 N. Port Washington Road**<br>**Milwaukee, WI 53212-1059** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _7/1/2021_ | Basis for the claim:  _Lawsuit for Breach of Contract_ | |
| | Last 4 digits of account number _3917_ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | $569.14 |
|---|---|---|---|
| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
| | **ARC**<br>**345 Clinton St.**<br>**Costa Mesa, CA 92626** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _5/5/2021_ | Basis for the claim:  _Vendor_ | |
| | Last 4 digits of account number _0040_ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | $1,203.24 |
|---|---|---|---|
| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
| | **AT &T**<br>**PO Box 5019**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _6/22/2021_ | Basis for the claim:  _Utility supplier_ | |
| | Last 4 digits of account number _0002_ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | $997.83 |
|---|---|---|---|
| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
| | **Atkinson, Andelson, Loyarudd, & Rom**<br>**12800 Center Crt. Ste. 300**<br>**Cerritos, CA 90703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _1/1/2021_ | Basis for the claim:  _legal services_ | |
| | Last 4 digits of account number _0184_ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | $3,757.50 |
|---|---|---|---|
| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
| | **B.M HVAC Fitting Supply**<br>**6215 River Crest Drive**<br>**Riverside, CA 92507** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _9/3/2020_ | Basis for the claim:  _Vendor_ | |
| | Last 4 digits of account number _0284_ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Pacific Environmental Technologies, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,143.25** |
|---|---|---|---|

**Baghouse & Industrial Sheet Metal**
1731 Pomona Dr.
Corona, CA 92880

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **07/1/2019**

Last 4 digits of account number **0714**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,282.68** |
|---|---|---|---|

**Bank Direct Capital Finance**
Two Conway Park
150 N. Field Dr., Ste. 190
Lake Forest, IL 60045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/11/2021**

Last 4 digits of account number **n/a**

Basis for the claim: **finance company**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$844.49** |
|---|---|---|---|

**Bay Insulation Supply of LA**
PO Box 9229
Green Bay, WI 54308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/14/2021**

Last 4 digits of account number **0061**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11.68** |
|---|---|---|---|

**Best Access Doors**
427 N. Tatnall St., Ste 76520
Wilmington, DE 19802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0185**

Last 4 digits of account number **2020**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Bowermaster & Associates**
PO Box 6062
Cypress, CA 90630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/6/2021**

Last 4 digits of account number **0059**

Basis for the claim: **Insurance provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,652.00** |
|---|---|---|---|

**Brecks Transport**
12117 Hadley St. #101
Whittier, CA 90601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/10/2020**

Last 4 digits of account number **0239**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,385.00** |
|---|---|---|---|

**Cambero Metal Works Inc**
Attn: Angel Cambero
210 Agostin Rd.
San Gabriel, CA 91776

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/21/2021**

Last 4 digits of account number **0054**

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pacific Environmental Technologies, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

**Capitol Door Service**
8733 Monroe Court
Rancho Cucamonga, CA 91730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/20/2018__

Basis for the claim: __Vendor__

Last 4 digits of account number __1034__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|

**CDM**
30 Technology Parkway South Ste 100
Norcross, GA 30092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/17/2021__

Basis for the claim: __Vendor__

Last 4 digits of account number __0147__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,320.00 |
|---|---|---|---|

**Central Blower**
211 S. Seventh Ave
La Puente, CA 91746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/29/2020__

Basis for the claim: __Vendor__

Last 4 digits of account number __0157__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $501.70 |
|---|---|---|---|

**City of Corona**
Dept of Water & Power
PO Box 6040
Artesia, CA 90702-6040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/1/2021__

Basis for the claim: __Utility Provider__

Last 4 digits of account number __1233__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

**Clark Roofing Company**
525-A New Jersey St.,
Redlands, CA 92373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/28/2020__

Basis for the claim: __Vendor__

Last 4 digits of account number __0259__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,851.94 |
|---|---|---|---|

**Class One Cleanrooms**
29722 Avenida De Las Banderas
Rancho Santa Margarita, CA 92688

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/23/2021__

Basis for the claim: __Vendor__

Last 4 digits of account number __0131__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,445.94 |
|---|---|---|---|

**Collins Thermal Engineering**
160 West Foothill Parkway
Ste. 105-38
Corona, CA 92882

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __5/21/2021__

Basis for the claim: __Vendor__

Last 4 digits of account number __0024__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Pacific Environmental Technologies, Inc.**
Name

Case number *(if known)*

| | |
|---|---|
| **3.34** Nonpriority creditor's name and mailing address<br>**Commercial & Industrial Roofing Co.**<br>9239 Olive Drive<br>Spring Valley, CA 91977<br><br>Date(s) debt was incurred _09/26/2019 - 09/30/2019_<br>Last 4 digits of account number _8611_ | As of the petition filing date, the claim is: *Check all that apply.*    **$10,950.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _work performed for project: 16530 Via Esprillo, San Diego, CA._<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.35** Nonpriority creditor's name and mailing address<br>**Corona Police Dept.**<br>**Attn: Alarm Coordinator**<br>730 Public Safety Way<br>Corona, CA 92880<br><br>Date(s) debt was incurred _7/1/2021_<br>Last 4 digits of account number _n/a_ | As of the petition filing date, the claim is: *Check all that apply.*    **$35.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Alarm service_<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.36** Nonpriority creditor's name and mailing address<br>**Creative Safety Supply**<br>8030 SW Nimbus Ave<br>Beaverton, OR 97008<br><br>Date(s) debt was incurred _1/28/2021_<br>Last 4 digits of account number _0137_ | As of the petition filing date, the claim is: *Check all that apply.*    **$1,020.66**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Vendor_<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.37** Nonpriority creditor's name and mailing address<br>**Cross River Bank**<br>885 Teaneck Rd.<br>Teaneck, NJ 07666<br><br>Date(s) debt was incurred _02/22/2021_<br>Last 4 digits of account number _8504_ | As of the petition filing date, the claim is: *Check all that apply.*    **$150,000.00**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Paycheck Protection Program Loan_<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.38** Nonpriority creditor's name and mailing address<br>**Dick Munns Company**<br>11133 Winners Circle F<br>Los Alamitos, CA 90720<br><br>Date(s) debt was incurred _10/14/2020_<br>Last 4 digits of account number _0243_ | As of the petition filing date, the claim is: *Check all that apply.*    **$40.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Vendor_<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.39** Nonpriority creditor's name and mailing address<br>**Dix Metals, Inc.**<br>14801 Able Lane<br>Huntington Beach, CA 92647<br><br>Date(s) debt was incurred _6/18/2021_<br>Last 4 digits of account number _n/a_ | As of the petition filing date, the claim is: *Check all that apply.*    **$4,424.65**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Vendor_<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.40** Nonpriority creditor's name and mailing address<br>**Drain Patrol**<br>9060 Activity Rd.<br>San Diego, CA 92126<br><br>Date(s) debt was incurred _10/24/2018_<br>Last 4 digits of account number _0964_ | As of the petition filing date, the claim is: *Check all that apply.*    **$220.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _Vendor_<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **Pacific Environmental Technologies, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $2,262.80 |
|---|---|---|---|

**DryMaxxair Solutions, LLC**
14402 Haynes St.
Van Nuys, CA 91401

Date(s) debt was incurred  12/1/2020

Last 4 digits of account number  0210

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $3,156.66 |
|---|---|---|---|

**ELLAB Inc.**
303 E. 17th Ave., Ste. 10
CA 90203

Date(s) debt was incurred  4/8/2021

Last 4 digits of account number  0037

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $16,091.00 |
|---|---|---|---|

**EMJAC Industries, Inc.**
1075 Hialeah Dr.
Hialeah, FL 33010

Date(s) debt was incurred  12/9/2020

Last 4 digits of account number  0187

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $15,998.00 |
|---|---|---|---|

**Enterprise 135, LLC**
c/o Williams & Associates
32 Executive Park, Suite 100
Irvine, CA 92614

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  delinquent rent

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $435.29 |
|---|---|---|---|

**Express Fasteners, Inc.**
10094-B 6th St.
Rancho Cucamonga, CA 91730

Date(s) debt was incurred  12/14/2020

Last 4 digits of account number  0182

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $59,357.67 |
|---|---|---|---|

**FCP, Inc.**
PO Box 1555
Wildomar, CA 92595

Date(s) debt was incurred  6/26/2019

Last 4 digits of account number  0749

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $60.68 |
|---|---|---|---|

**Frame-Tec, LLC**
10132 Mammoth Ave
Baton Rouge, LA 70814

Date(s) debt was incurred  3/16/2021

Last 4 digits of account number  0090

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Pacific Environmental Technologies, Inc.**                                      Case number (if known)
        Name

| | | | |
|---|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
| | FSMC | ☐ Contingent | |
| | 750 S. Lincoln Avenue, Unit 402 | ☐ Unliquidated | |
| | Corona, CA 92882 | ☐ Disputed | |
| | Date(s) debt was incurred  2021 | Basis for the claim:  **Loan; FSMC is partially owned by Debtor's principal** | |
| | Last 4 digits of account number  n/a | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,143.30** |
| | Full Throttle Lift | ☐ Contingent | |
| | 1808 N. National St. | ☐ Unliquidated | |
| | Anaheim, CA 92801 | ☐ Disputed | |
| | Date(s) debt was incurred  10/15/2020 | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number  0242 | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9.59** |
| | General Logistics System US | ☐ Contingent | |
| | PO Box 1907 | ☐ Unliquidated | |
| | American Canyon, CA 94503 | ☐ Disputed | |
| | Date(s) debt was incurred  4/30/2021 | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number  0060 | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,555.94** |
| | Generator Services Co. | ☐ Contingent | |
| | PT Rental Eq. Supplier | ☐ Unliquidated | |
| | 10255 Philladelphia Court | ☐ Disputed | |
| | Rancho Cucamonga, CA 91730 | | |
| | Date(s) debt was incurred  1/14/2021 | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number  0151 | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,040.52** |
| | George T. Hall Company | ☐ Contingent | |
| | 1605 Gene Autry Way | ☐ Unliquidated | |
| | Anaheim, CA 92805 | ☐ Disputed | |
| | Date(s) debt was incurred  3/5/2021 | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number  0101 | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$897.42** |
| | Global Industrial | ☐ Contingent | |
| | 2505 Mill Center Parkway Ste. 100 | ☐ Unliquidated | |
| | Buford, GA 30518 | ☐ Disputed | |
| | Date(s) debt was incurred  1/13/2021 | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number  0152 | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,236.78** |
| | Gokeyless.Com | ☐ Contingent | |
| | 955 Mound Rd. | ☐ Unliquidated | |
| | Miamisburg, OH 45342 | ☐ Disputed | |
| | Date(s) debt was incurred  2/3/2021 | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number  0161 | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Pacific Environmental Technologies, Inc.**
_____
Name

| | | |
|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Grainger Inc.**<br>Dept. 824063903<br>Palatine, IL 60038<br><br>Date(s) debt was incurred  **7/1/2021**<br>Last 4 digits of account number  **4159** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$344.95** |

| | | |
|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Greenworx**<br>7035 Snowburst Court<br>Corona, CA 92880<br><br>Date(s) debt was incurred  **2020**<br>Last 4 digits of account number  **n/a** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **loan**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$43,000.00** |

| | | |
|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Greg McKee Construction**<br>Attn: Greg McKee<br>6238 Caliente Rd. Space #4<br>Hesperia, CA 92344<br><br>Date(s) debt was incurred  **4/13/2021**<br>Last 4 digits of account number  **0106** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Subcontractor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,304.11** |

| | | |
|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Haldeman, Inc.**<br>2937 Tanager Ave<br>Los Angeles, CA 90040<br><br>Date(s) debt was incurred  **3/8/2021**<br>Last 4 digits of account number  **3271** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$842.87** |

| | | |
|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Harrington Industiral Plastics**<br>1448 Yorba Ave<br>Chino, CA 91710<br><br>Date(s) debt was incurred  **3/25/2021**<br>Last 4 digits of account number  **0407** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$216.43** |

| | | |
|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Health Pointe Med Group**<br>16702 Valley View Ave<br>La Mirada, CA 90638<br><br>Date(s) debt was incurred  **4/22/2021**<br>Last 4 digits of account number  **1774** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **pre-employment testing**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$100.00** |

| | | |
|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**Henderson Engineers**<br>c/o Gaba Guerrini Law<br>8583 Irvine Center Drive, Suite 500<br>Irvine, CA 92618-4298<br><br>Date(s) debt was incurred  **03/8/2019**<br>Last 4 digits of account number  **5714** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **services rendered for Tarsal Pharmaceuticals project.**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,500.00** |

| Debtor | **Pacific Environmental Technologies, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $666.50 |
|---|---|---|---|

**Hoskins Equipment LLC**
1000 Leslie St
La Habra, CA 90631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/12/2021**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **6651**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,437.15 |
|---|---|---|---|

**HRH Construction**
1215 S. State College Rd.
Fullerton, CA 92831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/6/2018**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number  **0951**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,123.77 |
|---|---|---|---|

**Inland Lighting Supplies**
3393 Duraheart St.
Riverside, CA 92507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/22/2021**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0053**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,509.40 |
|---|---|---|---|

**International Port Mgmt Enterprise**
c/o Stone Saunders & Associates
Attn: Jerry Williams
1391 W. 5th Ave., Ste 226
Columbus, OH 43212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2020**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **3484**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $356,637.00 |
|---|---|---|---|

**Intuit Financing Inc.**
2700 Coast Avenue
Mountain View, CA 94043

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/08/2020**

Basis for the claim:  **Paycheck Protection Program Loan**

Last 4 digits of account number  **7210**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $703.32 |
|---|---|---|---|

**J.L. Wingert Company**
11800 Monarch St.
Garden Grove, CA 92841

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/13/2020**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0213**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,262.00 |
|---|---|---|---|

**JLMC Inc.**
1944 Bon View
Ontario, CA 91761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/7/2021**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0037**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Pacific Environmental Technologies, Inc.**                         Case number (if known) _____
        Name

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,410.00 |
|---|---|---|---|

**JM Test**
7323 Tom Drive
Baton Rouge, LA 70806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/2021**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0127**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,140.00 |
|---|---|---|---|

**Joor Welding & Metal Service**
226 N. Sherman Ave. Unit C
Corona, CA 92882

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/6/2021**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0189**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,200.00 |
|---|---|---|---|

**Kerco, Inc.**
14824 Marquardt Ave
Santa Fe Springs, CA 90670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/16/2021**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number  **0149**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,129.00 |
|---|---|---|---|

**KSR Associates, LLC**
Attn: Desiree Pena
12223 Highland Ave. Ste. 106-530
Rancho Cucamonga, CA 91739

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/20/21**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0118**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115,466.84 |
|---|---|---|---|

**Lawrence W. Rosine Corp**
4601 LittleJohn St.
Baldwin Park, CA 91706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/30/2020**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number  **0196**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Lopez Plastic Design**
Attn: Jose Lopez
1325 E. Raymond St.
Ontario, CA 91764

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/13/2019**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0655**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,876.84 |
|---|---|---|---|

**McElroy Metal Mill**
PO Box 1148
Shreveport, LA 71163

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2/2021**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **n/a**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Pacific Environmental Technologies, Inc.**

Case number (if known) _____

---

| | | |
|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$8,428.63** |

**McMaster -Carr Supply**
PO Box 7690
Chicago, IL 60680

Date(s) debt was incurred __3/22/2021__

Last 4 digits of account number __9461__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$1,120.00** |

**Mesa Inspection Inc.**
229 W. Bonita Ave Ste. 2E
San Dimas, CA 91773

Date(s) debt was incurred __9/18/2020__

Last 4 digits of account number __0269__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Service supplier__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$2,300.00** |

**Micro Prescision Calibration Inc.**
22835 Industrial Place
Grass Valley, CA 95949

Date(s) debt was incurred __4/22/2021__

Last 4 digits of account number __0053__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$7,343.65** |

**Mono Systems, Inc.**
4 International Drive
Port Chester, NY 10573

Date(s) debt was incurred __11/2020__

Last 4 digits of account number __6307__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$258.97** |

**Mouser Electronics**
PO Box 99319
Fort Worth, TX 76199

Date(s) debt was incurred __1/22/2021__

Last 4 digits of account number __0143__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$16,200.00** |

**NIT Building Solutions**
187 Wilbur Rd. Ste. 20
Thousand Oaks, CA 91360

Date(s) debt was incurred __9/23/2020__

Last 4 digits of account number __0254__

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$18,102.00** |

**Norman S. Wright/AirLink**
Attn: Oscar Jaime
3325 E. La Palma Ave
Anaheim, CA 92806

Date(s) debt was incurred __11/18/2020__

Last 4 digits of account number __0208__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Pacific Environmental Technologies, Inc.**       Case number *(if known)*
     Name

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$3,285.00**

**Pacific Fire Supression Inc.**
249 E. Emerson Ave. #G
Orange, CA 92865

Date(s) debt was incurred  4/20/2021
Last 4 digits of account number  0085

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$56,050.00**

**Pacific West Interiors**
c/o Law Office Richard I. Gonzalez
1425 West Lugonia Avenue, Suite 203
Redlands, CA 92374

Date(s) debt was incurred  8/27/2020
Last 4 digits of account number  34MB

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  collections for the services performed for project titled Westfall Technik, AMA Plastics Riv. 300 row. Mechanic's lien recorded on June 24, 2021

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$275.95**

**PDQ Rental Center**
10826 Shoemaker Ave
Santa Fe Springs, CA 90670

Date(s) debt was incurred  4/23/2021
Last 4 digits of account number  0057

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$450.00**

**Perez's Cleaning Service**
8622 Trey Ave
Riverside, CA 92503

Date(s) debt was incurred  5/24/2021
Last 4 digits of account number  0036

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Service Supplier

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$37,122.00**

**Preferred Insulation Contractors**
1691 Jenks Dr.
Corona, CA 92880

Date(s) debt was incurred  10/19/2020
Last 4 digits of account number  0239

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$1,928.18**

**Prime Resource, Inc.**
566 S. State College Blvd,
Fullerton, CA 92831

Date(s) debt was incurred  8/8/2019
Last 4 digits of account number  0676

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$2,375.00**

**Purple Crane Service Inc.**
Attn: Keith Junior
1261 9th St.
Pomona, CA 91766

Date(s) debt was incurred  10/6/2020
Last 4 digits of account number  0281

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rental Equipment Supplier

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Pacific Environmental Technologies, Inc.**      Case number *(if known)* _____
_____
Name

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$1,043.33**

**Refrigeration Supplies**
26021 Atlantic Ocean Dr.
Lake Forest, CA 92630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/26/2021**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **6514**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$5,368.75**

**Reliable Construction Services LLC**
260 N. Smith Ave
Corona, CA 92880

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/11/2020**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **4253**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$8,100.00**

**Riccardi Floor Covering**
780 E. Francis Unit H
Ontario, CA 91761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/23/2019**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number  **4760**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$3,500.00**

**Richard Herman Structural Engineeri**
20790 Gum Circle
Yorba Linda, CA 92886

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/29/2020**

Basis for the claim:  **Engineering services**

Last 4 digits of account number  **0761**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$11,386.02**

**Riley Electric Inc.**
Attn: Mike Riley
1800 W. 11th St. Unit C
Upland, CA 91786

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/22/2014**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number  **5203**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$1,617.59**

**So Cal Edison Co.**
PO Box 300
Rosemead, CA 91772

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/7/2021**

Basis for the claim:  **Utility bill**

Last 4 digits of account number  **8822**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **$67,336.63**

**So Cal Filters & Services Inc.**
Attn: David McKinney
7315 Adams St.
Paramount, CA 90723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/18/2020**

Basis for the claim:  **Vendor**

Last 4 digits of account number  **9457**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pacific Environmental Technologies, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.97** | Nonpriority creditor's name and mailing address

So Cal Powder Coating
226 N. Sherman Ave
Corona, CA 92882

Date(s) debt was incurred  **7/13/2021**
Last 4 digits of account number  **3669**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address

Socal Biomed, LLC
20941 Bake Pkwy Ste. 110
Lake Forest, CA 92630

Date(s) debt was incurred  **1/15/2021**
Last 4 digits of account number  **1550**

As of the petition filing date, the claim is: *Check all that apply.*                                **$15,015.13**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address

Stack House Electric
Attn: David Stackhouse
30941 Bristly Court
Murrieta, CA 92563

Date(s) debt was incurred  **6/1/2021**
Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*                                 **$5,865.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **mechanic's lien (not recorded) for electric services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address

Stack House Electric
Attn: David Stackhouse
30941 Bristly Court
Murrieta, CA 92563

Date(s) debt was incurred  __
Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*                                 **$7,983.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **electrical services performed for the property located at 1100 Citrus Street, Riverside, CA 92507 which is owned by Westfall AMA Plastics LBA NCC2 Company I LLC**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address

Staples
Dept LA
PO Box 105638
Atlanta, GA 30348

Date(s) debt was incurred  **4/12/2021**
Last 4 digits of account number  **3505**

As of the petition filing date, the claim is: *Check all that apply.*                                   **$653.83**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address

Stat Aire Inc.
6342 Beryl Ave
Rancho Cucamonga, CA 91701

Date(s) debt was incurred  **3/18/2021**
Last 4 digits of account number  **4711**

As of the petition filing date, the claim is: *Check all that apply.*                                 **$7,311.92**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address

Strukturoc, Inc.
c/o Law Offices of Gary A. Bemis
3870 La Sierra Avenue, Suite 239
Riverside, CA 92505

Date(s) debt was incurred  **2021**
Last 4 digits of account number  **0001**

As of the petition filing date, the claim is: *Check all that apply.*                                **$30,659.41**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | **Pacific Environmental Technologies, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,623.78** |
| --- | --- | --- | --- |

**Sunbelt Rentals LLC**
PO Box 409211
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/9/2020**
Last 4 digits of account number **0001**

**Basis for the claim:** **Rental supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,101.14** |
| --- | --- | --- | --- |

**Superior Duct Fabrication**
1683 Mount Vernon Ave
Pomona, CA 91768

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/14/2021**
Last 4 digits of account number **1344**

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
| --- | --- | --- | --- |

**Superior Fire Protection Inc.**
18120 Rowland St.
Rowland Heights, CA 91748

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/2/2021**
Last 4 digits of account number **6706**

**Basis for the claim:** **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151.50** |
| --- | --- | --- | --- |

**T-Mobile**
PO Box 790047
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/13/2021**
Last 4 digits of account number **n/a**

**Basis for the claim:** **Service provider**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,233.60** |
| --- | --- | --- | --- |

**TechCoat Contractors Inc.**
15720 Garfield Ave
Paramount, CA 90723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/27/2020**
Last 4 digits of account number **9396**

**Basis for the claim:** **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,737.00** |
| --- | --- | --- | --- |

**The Baker Company**
175 Gate House Rd.
Sanford, ME 04073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/17/2020**
Last 4 digits of account number **5376**

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$948.70** |
| --- | --- | --- | --- |

**The Crane Guys, LLC**
Attn: Melissa McNutt
14480 Alondar Blvd.,
La Mirada, CA 90638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/6/2021**
Last 4 digits of account number **0181**

**Basis for the claim:** **Rental Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pacific Environmental Technologies, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59.38** |

**The Gas Company**
PO Box C
Monterey Park, CA 91756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/6/2021

Basis for the claim:  **Utility service provider**

Last 4 digits of account number  n/a

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,370.00** |

**Toro Aire**
Attn: Nancy Ponce De Leon
434 Broadway
Long Beach, CA 90802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/8/2021

Basis for the claim:  **Vendor**

Last 4 digits of account number  7176

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,545.00** |

**Trane U.S., Inc.**
c/o Gaba Guerrini Law Corporation
Attn: Rodolfo Gaba, Jr.
8583 Irvine Center Drive, Suite 500
Irvine, CA 92618-4298

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  9/18/2020

Basis for the claim:  **Pending lawsuit for open book account**

Last 4 digits of account number  3795

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$561.50** |

**Trax Industrial Products**
PO Box 2089
Loomis, CA 95650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/15/2020

Basis for the claim:  **Vendor**

Last 4 digits of account number  5324

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$157.73** |

**Trulite Glass & Aluminum**
PO Box 935480
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/5/2021

Basis for the claim:  **Vendor**

Last 4 digits of account number  3996

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.84** |

**United States Plastic**
1390 Neubrecht Rd.
Lima, OH 45801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/15/2021

Basis for the claim:  **Vendor**

Last 4 digits of account number  3381

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.84** |

**United States Plastic Corp.**
c/o Daniels, Newman & Armstrong
2729 Eva Court
Bethlehem, GA 30620-7639

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2021

Basis for the claim:  **Vendor**

Last 4 digits of account number  7648

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Pacific Environmental Technologies, Inc.**                      Case number (if known) _____
         Name

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,008.00 |

**Vaisala**
**10 D Gill St.**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/7/2019

Basis for the claim:  **Vendor**

Last 4 digits of account number  2216

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,785.86 |

**Ventenergy LLC**
**104 Esplanade 2nd FL.**
**San Clemente, CA 92672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/25/2019

Basis for the claim:  **Vendor**

Last 4 digits of account number  9070

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,789.76 |

**Vertical System Inc.**
**12774 Florence Ave**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/9/2019

Basis for the claim:  **Vendor**

Last 4 digits of account number  0815

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $431.46 |

**Verzion Wireless**
**PO Box 9622**
**Mission Hills, CA 91346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/1/2021

Basis for the claim:  **Utility provider**

Last 4 digits of account number  7845

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $338.42 |

**Waste Management**
**PO Box 541065**
**Los Angeles, CA 90054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/6/2021

Basis for the claim:  **Utility provider**

Last 4 digits of account number  1611

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,907.00 |

**Wells Fargo Bank**
**PO Box 29482**
**Phoenix, AZ 85038-8650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2019

Basis for the claim:  **Line of Credit**

Last 4 digits of account number  7615

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,526.06 |

**Wells Fargo Business Card**
**PO Box 29482**
**Phoenix, AZ 85038-8650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2021

Basis for the claim:  **Business Card**

Last 4 digits of account number  5237

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Pacific Environmental Technologies, Inc.**
　　　　　Name

Case number (if known)

| | | |
|---|---|---|
| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$3,554.16** |

3.125 | **Nonpriority creditor's name and mailing address**
**Wells Fargo Business Card**
PO Box 29482
Phoenix, AZ 85038-8650

Date(s) debt was incurred **2021**

Last 4 digits of account number **2598**

As of the petition filing date, the claim is: *Check all that apply.* **$3,554.16**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Card**

Is the claim subject to offset? ■ No ☐ Yes

---

3.126 | **Nonpriority creditor's name and mailing address**
**Wells Fargo Business Card**
PO Box 29482
Phoenix, AZ 85038-8650

Date(s) debt was incurred **2021**

Last 4 digits of account number **9116**

As of the petition filing date, the claim is: *Check all that apply.* **$1,359.98**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Card**

Is the claim subject to offset? ■ No ☐ Yes

---

3.127 | **Nonpriority creditor's name and mailing address**
**Wells Fargo Business Card**
PO Box 29482
Phoenix, AZ 85038-8650

Date(s) debt was incurred **2021**

Last 4 digits of account number **1582**

As of the petition filing date, the claim is: *Check all that apply.* **$307.33**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Card**

Is the claim subject to offset? ■ No ☐ Yes

---

3.128 | **Nonpriority creditor's name and mailing address**
**Wells Fargo Business Card**
PO Box 29482
Phoenix, AZ 85038-8650

Date(s) debt was incurred **2021**

Last 4 digits of account number **4827**

As of the petition filing date, the claim is: *Check all that apply.* **$964.51**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Card**

Is the claim subject to offset? ■ No ☐ Yes

---

3.129 | **Nonpriority creditor's name and mailing address**
**Wells Fargo Business Card**
PO Box 29482
Phoenix, AZ 85038-8650

Date(s) debt was incurred **2021**

Last 4 digits of account number **4819**

As of the petition filing date, the claim is: *Check all that apply.* **$776.54**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Card**

Is the claim subject to offset? ■ No ☐ Yes

---

3.130 | **Nonpriority creditor's name and mailing address**
**Wells Fargo Business Card**
PO Box 29482
Phoenix, AZ 85038-8650

Date(s) debt was incurred **2021**

Last 4 digits of account number **2208**

As of the petition filing date, the claim is: *Check all that apply.* **$431.76**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Card**

Is the claim subject to offset? ■ No ☐ Yes

---

3.131 | **Nonpriority creditor's name and mailing address**
**Wells Fargo Business Card**
PO Box 29482
Phoenix, AZ 85038-8650

Date(s) debt was incurred **2021**

Last 4 digits of account number **1608**

As of the petition filing date, the claim is: *Check all that apply.* **$961.05**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pacific Environmental Technologies, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $732.74 |
|---|---|---|---|

**Wells Fargo Business Card**
PO Box 29482
Phoenix, AZ 85038-8650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Business Card**

Last 4 digits of account number **1758**

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $884.48 |
|---|---|---|---|

**Wells Fargo Business Card**
PO Box 29482
Phoenix, AZ 85038-8650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Business Card**

Last 4 digits of account number **1590**

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,585.00 |
|---|---|---|---|

**Worldwide Express**
PO Box 733360
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/19/2020**

Basis for the claim: **Vendor**

Last 4 digits of account number **5728**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Arbon Equipment Corp.**<br>**Attn: Paul Carrier**<br>**1240 South Allec St.**<br>**Anaheim, CA 92805** | Line **3.15**<br>☐ Not listed. Explain ____ | — |
| 4.2 | **Arbon Equipment Corporation**<br>**Division of Rite-Hite**<br>**8900 N. Arbon Drive**<br>**Milwaukee, WI 53223** | Line **3.15**<br>☐ Not listed. Explain ____ | — |
| 4.3 | **Barr Credit Services**<br>**4555 Palo Verde Rd. Ste. 125**<br>**Tucson, AZ 85714** | Line **3.79**<br>☐ Not listed. Explain ____ | — |
| 4.4 | **Henderson Engineers**<br>**8345 Lenexa Drive, Suite 300**<br>**Overland Park, KS 66214** | Line **3.61**<br>☐ Not listed. Explain ____ | — |
| 4.5 | **Henderson Engineers**<br>**c/o ANI International, Inc.**<br>**Attorney Network for Receivables**<br>**125 S. Wacker Drive, Ste 1210**<br>**Chicago, IL 60606** | Line **3.61**<br>☐ Not listed. Explain ____ | — |
| 4.6 | **International Port Mangement**<br>**19523 S. Susana Rd.**<br>**Compton, CA 90221** | Line **3.65**<br>☐ Not listed. Explain ____ | — |

| Debtor | **Pacific Environmental Technologies, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |
| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |

| 4.7 | **Law Offices of Richard L. Seide**<br>**901 Dove Street, Suite 120**<br>**Newport Beach, CA 92660-3018** | Line  3.44 <br><br>☐  Not listed. Explain ____ | — |
| 4.8 | **LBA NCC2 Co1**<br>**PO Box 847**<br>**Carlsbad, CA 92018** | Line  3.84 <br><br>☐  Not listed. Explain ____ | — |
| 4.9 | **TransAmerican Strukturoc**<br>**920 Apollo Rd. Ste. 120**<br>**Saint Paul, MN 55121** | Line  3.103 <br><br>☐  Not listed. Explain ____ | — |
| 4.10 | **Westfall Technik, Inc.**<br>**1100 E. Citrus Street**<br>**Riverside, CA 92507** | Line  3.84 <br><br>☐  Not listed. Explain ____ | — |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 253,602.84 |
| 5b. Total claims from Part 2 | 5b. | + $ | 1,813,556.93 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,067,159.77 |

**Fill in this information to identify the case:**

Debtor name **Pacific Environmental Technologies, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Financing and Security Agreement; recorded UCC Financing Statement filed but no liability is currently owed. | |
| | State the term remaining | | Blue Vine c/o First Corporate Solutions, Inc. 914 S. Street Sacramento, CA 95814 |
| | List the contract number of any government contract | _____ | |

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Supplier Agreement between Debtor and Citi whereby Citibank may wish to purchase from the Supplier and have Supplier assign to Citibank certain receivables that are processed through the system. | |
| | State the term remaining | | Citi Supplier Finance Citibank, N.A. Attn: Vasilios Kontogianis 388 Greenwich St, Floor 10 New York, NY 10013 |
| | List the contract number of any government contract | _____ | |

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | 9th Amendment to Lease Agreement entered into on  April 26, 2021. Monthly base rent for March 1, 2021 - February 28, 2022 is $7,880.  Monthly base rent for March 2, 2022 - February 28, 2023 is $8,353.00.  The lease is for a 9,079 square foot industrial building located in the city of Corona. | |
| | State the term remaining | February 28, 2023 | Enterprise 135, LLC c/o Williams & Associates 32 Executive Park, Suite 100 Irvine, CA 92614 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1  **Pacific Environmental Technologies, Inc.**                                    Case number *(if known)* _____
   First Name        Middle Name        Last Name

████  **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

List the contract number of any government contract    _____

---

2.4.  State what the contract or lease is for and the nature of the debtor's interest

**Financing Agreement secured by a recorded UCC Financing Statement for the future receivables.**

State the term remaining

List the contract number of any government contract    _____

**Forward Financing**
**c/o CSC**
**801 Adlai Stevenson Drive**
**Springfield, IL 62703**

---

Fill in this information to identify the case:

Debtor name **Pacific Environmental Technologies, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor                                Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Jon Gow | 300 E. Live Oak Street<br>San Gabriel, CA 91776 | Enterprise 135, LLC | ☐ D _____<br>■ E/F __3.44__<br>☐ G _____ |
| 2.2 | Jon Gow | 300 E. Live Oak Street<br>San Gabriel, CA 91776 | Forward Financing LLC | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Jon Gow | 300 E. Live Oak Street<br>San Gabriel, CA 91776 | Preferred Insulation Contractors | ☐ D _____<br>■ E/F __3.87__<br>☐ G _____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Pacific Environmental Technologies, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  3/01/2021 to **Filing Date** | ■ Operating a business ☐ Other | $533,263.28 |
| **For prior year:** From  3/01/2020 to  2/28/2021 | ■ Operating a business ☐ Other | $3,372,982.00 |
| **For year before that:** From  3/01/2019 to  2/29/2020 | ■ Operating a business ☐ Other | $4,257,934.09 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Pacific Environmental Technologies, Inc.**                                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount
may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
    a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account
    of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a
    debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**    **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
    in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Arbon Equipment Corporation v. Pacific Environmental Technologies, Inc.<br>2021CV003917 | Breach of Contract/Collections | Circuit Court State of Wisconsin, Milwaukee County 901 N. 9th Street Milwaukee, WI 53233 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Trane U.S., Inc. vs. Pacific Environmental Technologies, Inc.<br>RIC2003795 | Open Book Account | Superior Court of California County of Riverside 4050 Main Street Riverside, CA 92501 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | PWI Construction, Inc. v. Pacific Environmental Technologies, Inc.<br>n/a | Complaint with Contractor's Board | Contractors State License Board 12501 East Imperial Highway, Ste 620 Norwalk, CA 90650 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
    receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  **Pacific Environmental Technologies, Inc.**                            Case number *(if known)* _____

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:  Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:  Certain Payments or Transfers**

11. Payments related to bankruptcy
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing
of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy
relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Michael Jay Berger**<br>9454 Wilshire Blvd, 6th Floor<br>Beverly Hills, CA 90212 | $20,000 retainer + $1,738 filing fee | 6/25/2021<br>7/28/2021 | $21,738.00 |
| | Email or website address<br>**www.bankruptcypower.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. Transfers not already listed on this statement
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

| Debtor | **Pacific Environmental Technologies, Inc.** | Case number *(if known)* |
|---|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

   | Address | Dates of occupancy From-To |
   |---|---|

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

   | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
   |---|---|---|

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

   | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
   |---|---|---|---|---|

**19. Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

   | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
   |---|---|---|---|

**20. Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

| Debtor | **Pacific Environmental Technologies, Inc.** | Case number *(if known)* |
|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

---

Debtor   **Pacific Environmental Technologies, Inc.**                Case number *(if known)* _____

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Arlene Corro**<br>**1661 Taylor Avenue**<br>**Corona, CA 92882** | **4/16/2007 - July 1, 2021** |
| 26a.2. | **Bill Fisher, CPA** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Jon Gow**<br>**300 E. Live Oak Street, 1B**<br>**San Gabriel, CA** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jon Gow | 300 E Live Oak St., 1B<br>San Gabriel, CA 91776 | President | 100% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

Debtor    **Pacific Environmental Technologies, Inc.**                          Case number *(if known)* _____

loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jon Gow<br>300 E. Live Oak Street, 1B<br>San Gabriel, CA 91776 | $106,489.49 | 2020 | compensation (W-2) |
| | Relationship to debtor<br>President/Owner | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

Name of the parent corporation                          Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

Name of the pension fund                          Employer Identification number of the parent corporation

| Part 14: | Signature and Declaration |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    7/28/2021

_____          **Jon Wayne Gow**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Pacific Environmental Technologies, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept a RETAINER OF _____ | $ | 20,000.00 |
| Prior to the filing of this statement I have received a RETAINER OF _____ | $ | 20,000.00 |
| Balance Due _____ | $ | 0.00 |

2.  The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____7/28/2021_____
Date

Michael Jay Berger
*Signature of Attorney*
**Law Offices of Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223   Fax: (310) 271-9805**
**michael.berger@bankruptcypower.com**
*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>**California State Bar Number: 100291 CA**<br>**michael.berger@bankruptcypower.com** | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Pacific Environmental Technologies, Inc.**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __21__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 7/28/21 _____

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) (if applicable)

Date: 7/28/2021 _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Pacific Environmental Technologies, Inc.
300 E. Live Oak Street, Suite 1B
San Gabriel, CA 91776


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


Accurate Industrial Construction
1140 N. Van Horne Way
Anaheim, CA 92806


Accurate Measurement System
Attn: James Leigh
33159 Camino Capistrano Ste. E
San Juan Capistrano, CA 92675


Acousticworks Inc.
PO Box 460896
Escondido, CA 92046


ADL Painting & Wall Covering
1549 Yorba St.
Corona, CA 92882


Advance Cleanroom Microclean
3250 S. Susan St., Ste A
Santa Ana, CA 92704


Affordable Hollow Metal
10096 6th St. Unit G
Rancho Cucamonga, CA 91730

Air Cleaning Specialists, Inc.
11088 Gravois Industrail Court
Saint Louis, MO 63128


Air Product Sales, Inc.
PO Box 734188
Dallas, TX 75373


Airgas West
PO Box 7423
Pasadena, CA 91109


Airshower & Pass Thrus Unlimited
PO Box 427
Rancho Cucamonga, CA 91729


Alliance Management Services
c/o Jimmy Allums
42105 Paseo Brillante
Temecula, CA 92591


Allied Electronics
7151 Jack Newall Bvd. St. 50
Fort Worth, TX 76118


American Security Group
980 Park Center Dr. #J
Vista, CA 92081


American Sheet Metal
1430 N. Daly St.
Anaheim, CA 92806

Arbon Equipment Corp.
Attn: Paul Carrier
1240 South Allec St.
Anaheim, CA 92805


Arbon Equipment Corporation
c/o Kohner, Mann & Kailas, S.C.
Attn: Darrell R. Zall
4650 N. Port Washington Road
Milwaukee, WI 53212-1059


Arbon Equipment Corporation
Division of Rite-Hite
8900 N. Arbon Drive
Milwaukee, WI 53223


ARC
345 Clinton St.
Costa Mesa, CA 92626


AT &T
PO Box 5019
Carol Stream, IL 60197


Atkinson, Andelson, Loyarudd, & Rom
12800 Center Crt. Ste. 300
Cerritos, CA 90703


B.M HVAC Fitting Supply
6215 River Crest Drive
Riverside, CA 92507


Baghouse & Industrial Sheet Metal
1731 Pomona Dr.
Corona, CA 92880

Bank Direct Capital Finance
Two Conway Park
150 N. Field Dr., Ste. 190
Lake Forest, IL 60045

Barr Credit Services
4555 Palo Verde Rd. Ste. 125
Tucson, AZ 85714

Bay Insulation Supply of LA
PO Box 9229
Green Bay, WI 54308

Best Access Doors
427 N. Tatnall St., Ste 76520
Wilmington, DE 19802

Blue Vine
c/o First Corporate Solutions, Inc.
914 S. Street
Sacramento, CA 95814

Bowermaster & Associates
PO Box 6062
Cypress, CA 90630

Braulio Corro
640 Emerald Avenue
El Cajon, CA 92020

Brecks Transport
12117 Hadley St. #101
Whittier, CA 90601

California Department of Tax and
Fee Administration
P O Box 942879
Sacramento, CA 94279


Cambero Metal Works Inc
Attn: Angel Cambero
210 Agostin Rd.
San Gabriel, CA 91776


Capitol Door Service
8733 Monroe Court
Rancho Cucamonga, CA 91730


CDM
30 Technology Parkway South Ste 100
Norcross, GA 30092


Celtic Bank Corporation
Bluevine Capital Inc, its Servicer
401 Warren Street, Suite 300
Redwood City, CA 94063


Central Blower
211 S. Seventh Ave
La Puente, CA 91746


Christopher H. Pittman
2138 Russell Drive
Corona, CA 92882


Citi Supplier Finance
Citibank, N.A.
Attn: Vasilios Kontogianis
388 Greenwich St, Floor 10
New York, NY 10013

Citibank, N.A.
388 Greenwich Street, 10th Floor
New York, NY 10013


City of Corona
Dept of Water & Power
PO Box 6040
Artesia, CA 90702-6040


Clark Roofing Company
525-A New Jersey St.,
Redlands, CA 92373


Class One Cleanrooms
29722 Avenida De Las Banderas
Rancho Santa Margarita, CA 92688


Collins Thermal Engineering
160 West Foothill Parkway
Ste. 105-38
Corona, CA 92882


Commercial & Industrial Roofing Co.
9239 Olive Drive
Spring Valley, CA 91977


Corona Police Dept.
Attn: Alarm Coordinator
730 Public Safety Way
Corona, CA 92880


Creative Safety Supply
8030 SW Nimbus Ave
Beaverton, OR 97008

Cross River Bank
885 Teaneck Rd.
Teaneck, NJ 07666


Dick Munns Company
11133 Winners Circle F
Los Alamitos, CA 90720


Dix Metals, Inc.
14801 Able Lane
Huntington Beach, CA 92647


Drain Patrol
9060 Activity Rd.
San Diego, CA 92126


DryMaxxair Solutions, LLC
14402 Haynes St.
Van Nuys, CA 91401


ELLAB Inc.
303 E. 17th Ave., Ste. 10
CA 90203


EMJAC Industries, Inc.
1075 Hialeah Dr.
Hialeah, FL 33010


Employee Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280


Enterprise 135, LLC
c/o Williams & Associates
32 Executive Park, Suite 100
Irvine, CA 92614


Express Fasteners, Inc.
10094-B 6th St.
Rancho Cucamonga, CA 91730


FCP, Inc.
PO Box 1555
Wildomar, CA 92595


Forward Financing
c/o CSC
801 Adlai Stevenson Drive
Springfield, IL 62703


Forward Financing LLC
100 Summer Street, Suite 1175
Boston, MA 02110


Frame-Tec, LLC
10132 Mammoth Ave
Baton Rouge, LA 70814


Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

FSMC
750 S. Lincoln Avenue, Unit 402
Corona, CA 92882


Full Throttle Lift
1808 N. National St.
Anaheim, CA 92801


General Logistics System US
PO Box 1907
American Canyon, CA 94503


Generator Services Co.
PT Rental Eq. Supplier
10255 Philladelphia Court
Rancho Cucamonga, CA 91730


George T. Hall Company
1605 Gene Autry Way
Anaheim, CA 92805


Global Industrial
2505 Mill Center Parkway Ste. 100
Buford, GA 30518


Gokeyless.Com
955 Mound Rd.
Miamisburg, OH 45342


Grainger Inc.
Dept. 824063903
Palatine, IL 60038

Greenworx
7035 Snowburst Court
Corona, CA 92880


Greg McKee Construction
Attn: Greg McKee
6238 Caliente Rd. Space #4
Hesperia, CA 92344


Haldeman, Inc.
2937 Tanager Ave
Los Angeles, CA 90040


Harrington Industiral Plastics
1448 Yorba Ave
Chino, CA 91710


Health Pointe Med Group
16702 Valley View Ave
La Mirada, CA 90638


Henderson Engineers
c/o Gaba Guerrini Law
8583 Irvine Center Drive, Suite 500
Irvine, CA 92618-4298


Henderson Engineers
8345 Lenexa Drive, Suite 300
Overland Park, KS 66214


Henderson Engineers
c/o ANI International, Inc.
Attorney Network for Receivables
125 S. Wacker Drive, Ste 1210
Chicago, IL 60606

Hoskins Equipment LLC
1000 Leslie St
La Habra, CA 90631


HRH Construction
1215 S. State College Rd.
Fullerton, CA 92831


Inland Lighting Supplies
3393 Duraheart St.
Riverside, CA 92507


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


International Port Mangement
19523 S. Susana Rd.
Compton, CA 90221


International Port Mgmt Enterprise
c/o Stone Saunders & Associates
Attn: Jerry Williams
1391 W. 5th Ave., Ste 226
Columbus, OH 43212


Intuit Financing Inc.
2700 Coast Avenue
Mountain View, CA 94043


J.L. Wingert Company
11800 Monarch St.
Garden Grove, CA 92841

JLMC Inc.
1944 Bon View
Ontario, CA 91761


JM Test
7323 Tom Drive
Baton Rouge, LA 70806


Jon Gow
300 Live Oak Street, 1B
San Gabriel, CA 91776


Jon Gow
300 E. Live Oak Street
San Gabriel, CA 91776


Joor Welding & Metal Service
226 N. Sherman Ave. Unit C
Corona, CA 92882


Karl Fessenmeyer
2026 San Diego Drive
Corona, CA 92882


Kerco, Inc.
14824 Marquardt Ave
Santa Fe Springs, CA 90670


KSR Associates, LLC
Attn: Desiree Pena
12223 Highland Ave. Ste. 106-530
Rancho Cucamonga, CA 91739

Law Offices of Richard L. Seide
901 Dove Street, Suite 120
Newport Beach, CA 92660-3018


Lawrence W. Rosine Corp
4601 LittleJohn St.
Baldwin Park, CA 91706


LBA NCC2 Co1
PO Box 847
Carlsbad, CA 92018


Lopez Plastic Design
Attn: Jose Lopez
 1325 E. Raymond St.
Ontario, CA 91764


McElroy Metal Mill
PO Box 1148
Shreveport, LA 71163


McMaster -Carr Supply
PO Box 7690
Chicago, IL 60680


Mesa Inspection Inc.
229 W. Bonita Ave Ste. 2E
San Dimas, CA 91773


Micro Prescision Calibration Inc.
22835 Industrial Place
Grass Valley, CA 95949

Mono Systems, Inc.
4 International Drive
Port Chester, NY 10573


Mouser Electronics
PO Box 99319
Fort Worth, TX 76199


NIT Building Solutions
187 Wilbur Rd. Ste. 20
Thousand Oaks, CA 91360


Norman S. Wright/AirLink
Attn: Oscar Jaime
3325 E. La Palma Ave
Anaheim, CA 92806


Pacific Fire Supression Inc.
249 E. Emerson Ave. #G
Orange, CA 92865


Pacific West Interiors
c/o Law Office Richard I. Gonzalez
1425 West Lugonia Avenue, Suite 203
Redlands, CA 92374


PDQ Rental Center
10826 Shoemaker Ave
Santa Fe Springs, CA 90670


Perez's Cleaning Service
8622 Trey Ave
Riverside, CA 92503

Preferred Insulation Contractors
1691 Jenks Dr.
Corona, CA 92880


Prime Resource, Inc.
566 S. State College Blvd,
Fullerton, CA 92831


Purple Crane Service Inc.
Attn: Keith Junior
1261 9th St.
Pomona, CA 91766


Refrigeration Supplies
26021 Atlantic Ocean Dr.
Lake Forest, CA 92630


Reliable Construction Services LLC
260 N. Smith Ave
Corona, CA 92880


Ricardo Diaz
359 West 9th Street
Perris, CA 92570


Riccardi Floor Covering
780 E. Francis Unit H
Ontario, CA 91761


Richard Herman Structural Engineeri
20790 Gum Circle
Yorba Linda, CA 92886

Riley Electric Inc.
Attn: Mike Riley
1800 W. 11th St. Unit C
Upland, CA 91786


Sergio Gutierrez
1453 North Filmore Avenue
Rialto, CA 92376


So Cal Edison Co.
PO Box 300
Rosemead, CA 91772


So Cal Filters & Services Inc.
Attn: David McKinney
7315 Adams St.
Paramount, CA 90723


So Cal Powder Coating
226 N. Sherman Ave
Corona, CA 92882


Socal Biomed, LLC
20941 Bake Pkwy Ste. 110
Lake Forest, CA 92630


Stack House Electric
Attn: David Stackhouse
30941 Bristly Court
Murrieta, CA 92563


Staples
Dept LA
PO Box 105638
Atlanta, GA 30348

Stat Aire Inc.
6342 Beryl Ave
Rancho Cucamonga, CA 91701


Strukturoc, Inc.
c/o Law Offices of Gary A. Bemis
3870 La Sierra Avenue, Suite 239
Riverside, CA 92505


Sunbelt Rentals LLC
PO Box 409211
Atlanta, GA 30384


Superior Duct Fabrication
1683 Mount Vernon Ave
Pomona, CA 91768


Superior Fire Protection Inc.
18120 Rowland St.
Rowland Heights, CA 91748


T-Mobile
PO Box 790047
Saint Louis, MO 63179


TD Auto Finance
Mailstop ME2-074-017
6 Atlantis Way
Lewiston, ME 04240


TechCoat Contractors Inc.
15720 Garfield Ave
Paramount, CA 90723

The Baker Company
175 Gate House Rd.
Sanford, ME 04073


The Crane Guys, LLC
Attn: Melissa McNutt
14480 Alondar Blvd.,
La Mirada, CA 90638


The Gas Company
PO Box C
Monterey Park, CA 91756


Toro Aire
Attn: Nancy Ponce De Leon
434 Broadway
Long Beach, CA 90802


Trane U.S., Inc.
c/o Gaba Guerrini Law Corporation
Attn: Rodolfo Gaba, Jr.
8583 Irvine Center Drive, Suite 500
Irvine, CA 92618-4298


TransAmerican Strukturoc
920 Apollo Rd. Ste. 120
Saint Paul, MN 55121


Trax Industrial Products
PO Box 2089
Loomis, CA 95650


Trulite Glass & Aluminum
PO Box 935480
Atlanta, GA 31193

U.S. Small Business Admininstration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012


U.S. Small Business Administration
El Paso Loan Service Center
10737 Gateway West, Ste. 300
El Paso, TX 79935


United States Plastic
1390 Neubrecht Rd.
Lima, OH 45801


United States Plastic Corp.
c/o Daniels, Newman & Armstrong
2729 Eva Court
Bethlehem, GA 30620-7639


Vaisala
10 D Gill St.
Woburn, MA 01801


Ventenergy LLC
104 Esplanade 2nd FL.
San Clemente, CA 92672


Vertical System Inc.
12774 Florence Ave
Santa Fe Springs, CA 90670


Verzion Wireless
PO Box 9622
Mission Hills, CA 91346

Victor Camarillo
1222 West D Street
Ontario, CA 91762

Waste Management
PO Box 541065
Los Angeles, CA 90054

Wells Fargo Bank
PO Box 29482
Phoenix, AZ 85038-8650

Wells Fargo Business Card
PO Box 29482
Phoenix, AZ 85038-8650

Westfall Technik, Inc.
1100 E. Citrus Street
Riverside, CA 92507

Worldwide Express
PO Box 733360
Dallas, TX 75373

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger**<br>**Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>California State Bar Number: **100291 CA**<br>**michael.berger@bankruptcypower.com** | |

☑ *Attorney for:  Pacific Environmental Technologies, Inc.*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>     **Pacific Environmental Technologies, Inc.**<br>                                                    Debtor. | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| Plaintiff(s), | |
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Jon Wayne Gow**                                        , the undersigned in the above-captioned case, hereby declare
               *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:
- ☑ I am the president or other officer or an authorized agent of the Debtor corporation
- ☐ I am a party to an adversary proceeding
- ☐ I am a party to a contested matter
- ☐ I am the attorney for the Debtor corporation

2.a.  ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

**Jon Wayne Gow - 100% shareholder.**

b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**7/28/2021**
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:  **Jon Wayne Gow, President of Pacific Environmental Technologies, Inc.**
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                              **F 1007-4.CORP.OWNERSHIP.STMT**